UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
RODNEY ALDAY, et al., :
                 Plaintiffs, :
: 24 Civ. 8635 (LGS)
-against- :
: ORDER
THE 3M COMPANY, et al., :
                 Defendants. :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued December 6, 2024, scheduled an initial pre-trial conference for January 29, 2025, and required the parties to submit a joint letter and proposed case management plan in advance of the conference.

    WHEREAS, an Order issued December 18, 2024, by the United States Judicial Panel on Multidistrict Litigation conditionally transferred this matter to the United States District Court for the District of South Carolina, pursuant to 28 U.S.C. § 1407.  It is hereby

    **ORDERED** that the initial conference and the deadline to file the joint letter and case management plan are **ADJOURNED**, *sine die*.  Within fourteen days of any transfer of this case from the District of South Carolina to this District, the parties shall file a status letter informing the Court of the status of this case.

Dated: December 19, 2024
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE